# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) 1: 10-CR-00211 OWW
)
)
CARLOS ENRIQUEZ )

**FILED JUN 11 2010 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　　　(X) Ad Prosequendum　　　　　　　　　　( ) Ad Testificandum.
Name of Detainee:　　　Carlos Enriquez
Detained at (custodian):　　Kings County Jail

Detainee is:　a.)　(X) charged in this district by:
　　　　　　　　(X) Indictment　　　　( ) Information　　　　( ) Complaint
　　　　　　　Charging Detainee With: **21 U.S.C. 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Methamphetamine**

or　b.)　( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)　(X) return to the custody of detaining facility upon termination of proceedings
or　　　b.)　( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

　　　　　Signature:　　/S/KIMBERLY SANCHEZ
　　　　　Printed Name & Phone No: Kimberly Sanchez/ 559-497-4000
　　　　　Attorney of Record for:　United States of America

## WRIT OF HABEAS CORPUS
　　　　(X) Ad Prosequendum　　　　　　　　　　( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6-11-10
Date _____ United States District/Magistrate Judge

Please provide the following, if known:
AKA(s) (if applicable):　"Charlie Boy"　　　　　　　　　Male X　　Female

Booking or CDC #:　0299707; Inmate # 8121　　　　　　DOB: _____
　　　　　　　　　Release Date: Unknown　　　　　　　Race:　W
　　　　　　　　　　　　　　　　　　　　　　　　　　FBI #:　337975JB6

Facility Phone: _____

Currently Incarcerated For: _____

---

**RETURN OF SERVICE**

Executed on _____ by _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Signature)