# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 1:10-cr-211 OWW
)
CARLOS ENRIQUEZ

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum   ☐ Ad Testificandum.
Name of Detainee:   **CARLOS ENRIQUEZ**

Detained at (custodian):   **Wasco State Prison**

Detainee is:   a.)   ☒ charged in this district by:
☒ Indictment   ☐ Information   ☐ Complaint
Charging Detainee With:   **Conspiring to Distribute Methamphetamine**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:   Kevin P. Rooney (for)
Printed Name & Phone No: **Kathleen A. Servatius, (559) 497-4077**
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 18, 2010   /s/ OLIVER W. WANGER
Date   United States District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Charlie Boy, Sir Charlie, Charlie | Male ☐ | Female ☐ |
| Booking or CDC #: | P64573 | DOB: | |
| Facility Address: | 701 Scofield Avenue | Race: | white |
| | Wasco, CA 93280 | FBI #: | 337975JB6 |
| Facility Phone: | (661) 758-8400 | | |
| Currently Incarcerated For: | drug crime or parole violation | | |

### RETURN OF SERVICE

Executed on _____ by _____   _____
(Signature)

Form Crim-48   Revised 11/19/97