SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, CARLOS ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: 1:10-CR-00211-OWW |
|---|---|
| Plaintiff, | |
| v. | ORDER AUTHORIZING UNDER SEAL FILING |
| CARLOS ENRIQUEZ | |
| Defendants. | (Pursuant to Local Rule 141) |

    For the reasons stated in the Request to Seal Documents and for good cause shown, defendant ENRIQUEZ application for ancillary funds and the Proposed Order may be filed under seal.

    Access to these documents shall be limited only to: 1) the Court and its staff and 2) counsel for record for defendant ENRIQUEZ. The document shall remain sealed unless and until this Court orders that it be unsealed.

    The Request is hereby granted.

Dated: January 25, 2011        /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT COURT JUDGE